IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DERRICK DEWANYE WARREN**                                                  **PLAINTIFF**

v.                                     **CIVIL ACTION NO. 1:23-cv-00181-TBM-RPM**

**COUNTY OF GEORGE, CITY OF LUCEDALE,** *et al.*                **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 30th day of November, 2023.

                                                         **TAYLOR B. McNEEL**
                                                         **UNITED STATES DISTRICT JUDGE**